**No. 09-8407. Rodney Miller, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1550, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1642.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 348 Fed. Appx. 384.

**No. 09-8408. Foster J. Price, Jr., Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1550, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1463.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 346 Fed. Appx. 796.

**No. 09-8409. William Reed Jenkins, III, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1550, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1419.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 578 F.3d 745.

**No. 09-8411. Donald Terrell Banks, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1550, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1242.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 351 Fed. Appx. 900.

**No. 09-8413. Josue Rogel-Torres, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1551, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1433.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 892.

**No. 09-8425. Wayne Moore, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1551, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1211.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 569 F.3d 341.

**No. 09-8431. David A. Passaro, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1551, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1397.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 577 F.3d 207.

**No. 09-8433. Eric J. Banks, Petitioner v. T.C. Outlaw, Warden, et al.**

559 U.S. 956, 130 S. Ct. 1551, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1263.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8435. Rafael Venegas-Zamora, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1551, 176 L. Ed. 2d 141, 2010 U.S. LEXIS 1437.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 332 Fed. Appx. 395.